```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
        Social Security Administration
        Office of the General Counsel
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (510) 970-4818
        Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE RAE ENDERLE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-01097-DMC<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and subject to this Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended twenty (20) days from February 2, 2023, to February 22, 2022.  This is Defendant's second extension request. Counsel for Plaintiff has no objection to the requested extension.  Counsel apologizes to the Court for any inconvenience caused by this delay and sets forth good cause in the attached Declaration.  All

1 | other dates in the Court's Scheduling Order shall be extended accordingly.

2 | Respectfully submitted February 2, 2023.

Law Offices of Francesco Benavides

By: */s/ Francesco Benavides*
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
(*as authorized by email)


PHILLIP A. TALBERT
United States Attorney

By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 22, 2023, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  February 6, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE