PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE RAE ENDERLE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-01097-DMC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand; 2:22-cv-01097-DMC

1   Respectfully submitted this 13th day of February, 2023.

2

3                                              Respectfully submitted,

4                                              PHILLIP A. TALBERT
                                               United States Attorney
5
                                        By:    *s/ Oscar Gonzalez de Llano*
6                                              OSCAR GONZALEZ DE LLANO
                                               Special Assistant United States Attorney
7                                              Attorneys for Defendant

8

9                                              Respectfully submitted,

10                                             Attorneys for Plaintiff

11                                      By:    */s/ Francesco Benavides*
                                               FRANCESCO P. BENAVIDES
12                                             Law Offices of Francesco Benavides
                                               Attorney for Plaintiff
13                                             (*as authorized by email)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Remand; 2:22-cv-01097-DMC

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

**Dated:  February 15, 2023**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:22-cv-01097-DMC