## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANTOINETTE RAE ENDERLE,**

CASE NO: **2:22–CV–01097–DMC**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/15/2023**

**Keith Holland**
Clerk of Court

ENTERED: **February 15, 2023**

by: /s/ L. Mena–Sanchez
Deputy Clerk